# GEOFFREY ST. ANDREW STEWART
## Attorney at Law

145 Avenue of the Americas, 7th Floor
New York, New York 10013
(212) 625-9696 office
(917) 721-1626 cell
(718) 374-6094 fax
gstewart.defender@gmail.com

April 23, 2023

Hon. Vincent L. Briccetti
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Application Granted:

/s/ Vincent Briccetti

USDJ  4-24-23

Re: United States v. Algiers Ramon Sanders Garcia 22-cr-00558-VB

Dear Judge Briccetti:

    I am the attorney for defendant Algiers Ramon Sanders Garcia who is presently serving a term of incarceration pursuant to a sentence of this court. I am writing to request that the court order the release of his passport to Mr. Sanders-Garcia's authorized representative. The passport was surrendered to Pretrial Services in conjunction with his release on bond.

    I have communicated with AUSA Kevin Sullivan and he has no objection. Marlon Ovalles, U.S. Pretrial Services Officer – SDNY, agrees with and consents to this request.

    Thank you.

Sincerely,

*Geoffrey Stewart*
Geoffrey S. Stewart

cc:   Kevin Sullivam
      Assistant U.S. Attorney
      (By ECF and email)

      Marlon Ovalles U.S. Pretrial Services (by email)